FILED
FEB 2 3 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. BISHOP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DARLENE DANIELS, ) <br> ) <br> Defendant. ) | Case: 1:15-cv-00263 <br> Assigned To : Unassigned <br> Assign. Date : 2/23/2015 <br> Description: Pro Se Gen. Civil |

**MEMORANDUM OPINION**

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff asserts a claim "against [defendant] for assault," and she demands both "an order of cease and desist and monetary damages." Compl. at 1. Missing from the complaint is any

statement of the grounds upon which the Court's jurisdiction depends or a statement of the claim showing that plaintiff is entitled to relief. Furthermore, the complaint lacks any factual allegations or description of the circumstances of the alleged assault, such that the pleading fails to give fair notice to defendant of the claim asserted against her. As drafted, the complaint fails to comply with Rule 8(a), and it therefore will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: 2/18/2015

_____
United States District Judge